UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GREGORY JAMES BURGESS, :
:
    Plaintiff :
: CIVIL NO. 1:CV-16-1208
    v. :
: (Judge Caldwell)
DR. WILLIAM CAVANAUGH, *et al.*, :
:
    Defendants :

*O R D E R*

And now, this 7th day of September 2017, upon consideration of the Plaintiff's Motion for Appointment of Expert Witness (ECF No. 27), it is ORDERED that the motion is denied.

                                          /s/ William W. Caldwell
                                          William W. Caldwell
                                          United States District Judge