UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GREGORY JAMES BURGESS,  :
    Plaintiff  :
                               :    CIVIL NO. 1:CV-16-1208
    v.  :
                               :    (Judge Caldwell)
DR. WILLIAM CAVANAUGH, *et al.*,  :
    Defendants  :

## *O R D E R*

And now, this 7th day of September 2017, in accordance with the accompanying memorandum, it is ordered that:

1. Defendants' Motion for Summary Judgement (ECF No. 23) is granted.

2. The Clerk of Court shall enter judgment in favor of Defendants Cavanaugh, Foley, Dobushak, Buschman and the United States and against Plaintiff Gregory Burgess.

3. The Clerk of Court is directed to close this case.

                                             /s/ William W. Caldwell
                                             William W. Caldwell
                                             United States District Judge